[No. 42886-1-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN LEE ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04705-2, James Bryan Street, J., entered June 16, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43006-8-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS J. BROOKS III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02769-6, James Bryan Street, J., entered July 6, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43027-1-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO WILLY CIENFUEGOS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00430-5, John M. Meyer, J., entered June 18, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43156-1-I.    Division One.    January 31, 2000.]

C. DEAN STREET, ET AL., *Appellants*, v. ORDAL & JONES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-23959-3, Jim Bates, J., entered April 21, 1998. *Reversed* by unpublished opinion per Ellington, J., concurred in by Agid, A.C.J., and Appelwick, J.